KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ETHEL PARKS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant. | Case # 1:15-CV-01603-BAM <br><br> STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE |

The parties hereby stipulate by counsel, that Plaintiff shall have a second 30 day extension of time to file Plaintiff's confidential brief, in accordance with the scheduling order. The confidential brief in this case was due on May 30 due to the due date falling on a weekend. Plaintiff's counsel inadvertently typed a due date of 6/30 rather than 5/30 into her calendaring system. Plaintiff's counsel did not even notice the error until she went to serve the brief on June 30th. Plaintiff's counsel immediately informed opposing counsel of the error and parties agreed for the letter to be deemed served on June 30th and an agreed extension should be filed. Confidential Brief shall now be due on June 30, 2016 and shall be deemed as served.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated June 30, 2016:        /s/ Kelsey M Brown
                            KELSEY MACKENZIE BROWN CA #263109
                            Mackenzie Legal, PLLC
                            1003 Whitman Street
                            Tacoma, WA 98406
                             (206) 300-9063
                            Attorney for Plaintiff

Dated June 30, 2016:        s/ KELSEY M. BROWN for Scott Borrowman
                            SCOTT BORROWMAN
                            (per e-mail authorization)
                            Special Assistant U.S. Attorney
                            Office of the General Counsel

                            Of Attorneys for Defendant

## **ORDER**

Based on the parties' stipulation (Doc. 14), and for good cause being shown, IT IS HEREBY ORDERED, that Plaintiff's stipulation for an extension of time shall be granted nunc pro tunc and Plaintiff's confidential letter brief, submitted June 30, 2016, shall be deemed timely. All other deadlines set forth in the October 26, 2015, Case Management Order are modified accordingly. (Doc. 6.)

IT IS SO ORDERED.

   Dated:   **July 15, 2016**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE