KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ETHEL PARKS,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case # 1:15-CV-01603-BAM<br><br>STIPULATED EXTENSION OF TIME |

   The parties hereby stipulate by counsel, that Plaintiff shall have a brief 4 day extension of time to file Plaintiff's opening brief. Plaintiff's counsel is very ill and unable to complete the briefing at this time. Counsel is a solo practitioner and does not have any other attorneys to cover her cases at this time.  Opening Brief shall now be due on August 12, 2016.

   The parties stipulate that the Court's Scheduling Order shall be modified accordingly.


Dated August 8, 2016:		/s/ Kelsey M Brown
				KELSEY MACKENZIE BROWN CA #263109
				Mackenzie Legal, PLLC

Page 1    STIPULATION
         [1:15-CV-01603-BAM]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

1003 Whitman Street
Tacoma, WA 98406
 (206) 300-9063
Attorney for Plaintiff

Dated August 8, 2016:    s/ KELSEY M. BROWN for Scott Borrowman
SCOTT BORROWMAN
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time to August 12, 2016, in which to file Plaintiff's opening brief; and that all other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **August 9, 2016**          /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
         [1:15-CV-01603-BAM]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063