# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL PARKS,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant | CASE NO. 1:15-cv-01603-BAM<br><br>ORDER DIRECTING RESPONSE |

On June 6, 2017, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. (Doc. 24). As of the date of this order, Defendant has not filed either an opposition or a statement of non-opposition in response to Plaintiff's motion. Upon an initial review of Plaintiff's Application for Attorney's Fees, the requested amount appears to conform to other fee requests previously approved by this Court. The parties are therefore encouraged to meet and confer and attempt to resolve this motion without further Court intervention.

Accordingly, it is hereby ORDERED that, within 14 days of this order, Defendant shall file either (1) statement of non-opposition; (2) a stipulation and proposed order resolving Plaintiff's fee motion; or (3) an opposition in response to Plaintiff's motion.

IT IS SO ORDERED.

　　Dated:　**July 11, 2017**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE